1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11  ADAM JAWIEN, et al.,                    )   Case No. CV 10-9501-GHK (DTB)
12                      Plaintiffs,          )
                                             )   ORDER ACCEPTING FINDINGS,
13              vs.                          )   CONCLUSIONS AND
                                             )   RECOMMENDATIONS OF UNITED
14  COUNTY OF SAN                            )   STATES MAGISTRATE JUDGE
    BERNARDINO, et al.,                      )
15                                           )
                       Defendants.           )
16  _____ )

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the

18  records and files herein, and the Report and Recommendation of the United States

19  Magistrate Judge.  Objections to the Report and Recommendation have been filed

20  herein.  Having made a de novo determination of those portions of the Report and

21  Recommendation to which objections have been made, the Court concurs with and

22  accepts the findings, conclusions and recommendations of the Magistrate Judge.

23          IT THEREFORE IS ORDERED that defendants' Motion to Dismiss is granted,

24  with leave to amend, with respect to Merck's § 1983 claims in the First and Third

25  Causes of Action, Merck's Bane Act claim in the Fourth Cause of Action, and

26  Merck's IIED claim in the Fifth Cause of Action; that defendants' Motion to Dismiss

27  is denied with respect to Jawien's Bane Act claim in the Fourth Cause of Action and

28  Jawien's IIED claim in the Fifth Cause of Action; that defendants' Motion to Dismiss

1

1    is denied with respect to plaintiffs' state law tort claims against the County, to the

2    extent plaintiffs have plead sufficient facts to state that particular tort claim against

3    an individual defendant; that defendants' Motion for a More Definite Statement is

4    denied; that defendants' Motion to Strike is denied; and that plaintiffs are ordered, if

5    they decide to proceed, to file a First Amended Complaint within thirty (30) days of

6    the date of this Order.

7    DATED: _____4/5/12_____

8

9                                       GEORGE H. KING
                                        UNITED STATES DISTRICT JUDGE
10

11

2