1  LAW OFFICES OF BASTIAN & DINI
   ROBERT L. BASTIAN, JR. [SBN 170121]
2  MARINA R. DINI [SBN 169176]
   9025 Wilshire Blvd., Penthouse Suite
3  Beverly Hills, CA 90211
   Telephone: (310) 789-1955
4  Facsimile:   (310) 822-1989
   e-mail: robbastian@ aol.com
5           miadini@aol.com

6  Attorneys for Plaintiffs
   ADAM JAWIEN, LIESELOTTE MERCK

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAWIEN, *et al*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO , *et al.*,<br><br>　　　　　　Defendants. | Case No. CV 10-09501 GHK (DTB)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[*Before the Honorable Chief Judge George H. King*] |

　　Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Dated:  August 19, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　Chief Judge